**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **RICK PARR and SUSAN PARR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-cv-145** |
| | ) | **(Phillips)** |
| **PIGEON FALLS LEISURE LAND, LLC;** | ) | |
| **IRA GROSSMAN; GAIL WILSON; and** | ) | |
| **WEICHERT REALTORS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

On January 15, 2009, plaintiffs filed a Motion to Nonsuit [Doc. 25], in which the plaintiffs move to dismiss this action without prejudice against defendant Ira Grossman only. Defendant Grossman has not timely responded to the motion. Accordingly, for good cause stated, the motion [Doc. 25] is **GRANTED**, whereby all claims against defendant Ira Grossman are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge