**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **RICK PARR and SUSAN PARR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **No. 3:08-cv-145** |
| ) | **(Phillips)** |
| **PIGEON FALLS LEISURE LAND, LLC;** ) | |
| **IRA GROSSMAN; GAIL WILSON; and** ) | |
| **WEICHERT REALTORS,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT ON DECISION BY THE COURT

The case came before the court on plaintiffs' Motion to Nonsuit [Doc. 25]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion [Doc. 25] is **GRANTED**, whereby all claims against defendant **Ira Grossman** are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

                    **ENTER:**


                            s/ Patricia L. McNutt
                            Clerk of Court